UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-190-FtM-38MRM

KENNETH TIPPINS
_____/

### ORDER[1]

Before the Court is Defendant Kenneth Tippins' Motion for Miscellaneous Relief. (Doc. 439). Last week, the Court granted continued Tippins' sentencing hearing to January 27, 2019. For a host of convenience reasons, Tippins moves the Court to direct the United States Probation Office to release the final Presentence Investigative Report now rather than seven days before the sentencing hearing per Local Rule 4.12(d). But Tippins has not persuaded the Court to veer from its Local Rule. If Tippins needs time to object to the final Presentence Investigative Report once it receives the report, he may ask the Court to continue the sentencing hearing.

Accordingly, it is now **ORDERED:**

Defendant Tippins' Motion for Miscellaneous Relief (Doc. 439) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on this 19th day of November 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.